IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01038-RBJ-BNB

DONALD S. THURSTON,

Plaintiff,

v.

SGT. STRINGARI, C.D.O.C. Officer,
CPT. RODNEY ACHEN, C.D.O.C. Officer,
CHARLES J. SCHOEPHOERSTER, PA, Clinical Services,
R. WOODCOCK, RN, Clinical Services,
E. WHITTAKER, RN, Clinical Services,
ROY HAVEN, Provider, Clinical Services, and
UNKNOWN CLINICAL SERVICES STAFF in Colorado Territorial Correctional Facility,

Defendants.
_____

**ORDER**
_____

The plaintiff filed his Second Amended Prisoner Complaint on July 2, 2013 [Doc. #8] (the "Complaint"). He listed Charles J. Schoephoerster as a defendant, and provided as his address the Colorado Territorial Correctional Facility. On July 16, 2013, the Clerk's Office mailed a copy of the Summons and Complaint and a request for waiver of service [Doc. #11] to the Colorado Department of Corrections ("DOC") Office of Legal Affairs. On July 22, 2013, Teresa Reynolds, Legal Access Group Leader for the DOC Office of Legal Services, waived service for several defendants. Ms. Reynolds did not waive service for defendant Schoephoerster. Ms. Reynolds explained that defendant Schoephoerster was not a DOC employee; he formerly provided contract services for the DOC; and he has not provided contract services since September 2011. Ms. Reynolds did not provide a last known address for

defendant Schoephoerster.

IT IS ORDERED that on or before **September 19, 2013**, the defendants shall file with the court under Restricted Level 3 the last known address of defendant Schoephoerster or, in the alternative, a notification that they do not possess any address for defendant Schoephoerster.

Dated September 6, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge