IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01038-RBJ-BNB

DONALD S. THURSTON,

Plaintiff,

v.

SGT. STRINGARI, C.D.O.C. Officer,
CPT. RODNEY ACHEN, C.D.O.C. Officer,
CHARLES J. SCHOEPHOERSTER, PA, Clinical Services,
R. WOODCOCK, RN, Clinical Services,
E. WHITTAKER, RN, Clinical Services,
ROY HAVEN, Provider, Clinical Services, and
UNKNOWN CLINICAL SERVICES STAFF in Colorado Territorial Correctional Facility,

Defendants.
_____

**ORDER FOR SERVICE BY UNITED STATES MARSHAL**
_____

The defendants have filed with the court under Restricted Level 3 the last known address of defendant Schoephoerster [Doc. #28]. Accordingly,

IT IS ORDERED:

(1)  The United States Marshal shall effect service of the Summons and Second Amended Complaint [Doc. #8] on defendant Schoephoerster at the address provided by the defendants in Document #28;

(2)  Access to the address contained in Document #28 shall remain under Restricted Level 3 pursuant to D.C.COLO.LCivR 7.2 pending further order of the court;

(3)  Any return of service filed concerning defendant Schoephoerster shall be filed under Restricted Level 3 pending further order of the court;

(4)   The Clerk of the Court is directed to file without restriction and open to public inspection a copy of the return of service which redacts the address where service was made or attempted;

(5)   Defendant Schoephoerster or counsel for the defendant shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process.

Dated October 2, 2013.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge